No. 275. NEW BERLIN REDI-MIX, INC., Appellant, v. DEPARTMENT OF REVENUE, Respondent.

(Also reported in 221 N. W. 2d 920.)

The cause was submitted for the appellant on the brief of *Henry A. Tessmer* of Milwaukee, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Allan P. Hubbard,* assistant attorney general.

The judgment is affirmed.